UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KEZIAH LEWIS | CASE NO. 6:25-CV-00198 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| HUNTER WARFIELD INC | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Before this Court is a MOTION TO DISMISS filed by defendant Hunter Warfield, Inc. [Doc. 9]. This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 13] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED that, consistent with the REPORT AND RECOMMENDATION, Defendant's MOTION TO DISMISS [Doc. 9] is GRANTED.

Considering the foregoing,

IT IS FURTHER ORDERED that all claims by plaintiff Keziah Lewis in the above-captioned civil suit are DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED in Chambers on this 15th of January, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE